# Court of Appeals
# of the State of Georgia

ATLANTA, February 26, 2014

*The Court of Appeals hereby passes the following order:*

**A13A2085. ANDERSON v. INLAND RETAIL MANAGEMENT COMPANY.**

This discretionary appeal is hereby DISMISSED on the ground that it was improvidently granted.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 02/26/2014
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

Stephen E. Castlen , *Clerk.*